No error.

STATE OF NORTH CAROLINA v. MICKEY DIXON

No. 754SC117

(Filed 7 May 1975)

APPEAL by defendant from *Fountain, Judge.* Judgment entered 9 September 1974. Heard in the Court of Appeals 11 April 1975.

*Attorney General Edmisten by Associate Attorney Noel Lee Allen for the State.*

*Edward G. Bailey for the defendant.*

PARKER, VAUGHN and CLARK, Judges.

No error.

STATE OF NORTH CAROLINA v. JIMMY L. HARDY

No. 758SC73

(Filed 7 May 1975)

ON *writ of certiorari* to review proceedings before *Martin, Judge.* Judgment entered 3 September 1973 in Superior Court, WAYNE County. Heard in the Court of Appeals 8 April 1975.

*Attorney General Edmisten, by Assistant Attorney General T. Buie Costen, for the State.*

*Bland & Wood, by D. Reed Thompson, for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.